Mary Catherine Taylor, Formerly Mary Catherine Udally, Appellee, v. Municipal Employes Insurance Association of Chicago, Appellant.

Gen. No. 41,125.

opinion filed May 13, 1941; rehearing denied June 2, 1941. Julius H. Selinger, for appellant; Cornelius R. Palmer, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."